IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 96-10954
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PENDLETON C. WAUGH,

Defendant-Appellant.

Appeal from the United States District Court
for the
Northern District of Texas
(3:94-CR-160-T)

April 18, 1997

Before JOHNSON, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Pendleton C. Waugh appeals the district court's modification of the terms of his supervised release. The district court in the present case placed an occupational restriction upon Waugh. We review a district court's decision to impose an occupational restriction for an abuse of discretion. See United States v. Mills, 959 f.2d 516 (5th Cir. 1992). Because the district's restriction satisfies the standards articulated in Sentencing

———————————

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Guideline section 5F1.5 and was not overbroad, we hold that the district court did not abuse its discretion in modifying the terms of Waugh's supervised release.

AFFIRMED.